DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | CASE NO. 5:09-CV-0777 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| EMILY RAFI, *et al.*, | ) ) | **ORDER** |
| Defendants. | ) | |

On May 19, 2009, Northwestern Mutual Life Insurance Company deposited $522,660.92 with the Court pending the outcome of this action. This Court subsequently ordered the Clerk of Court to deposit said funds in an account at Bank of America.

Pursuant to this Court's Memorandum and opinion dated October 19, 2010, the Clerk is hereby authorized and directed to withdraw the $522,660.92 principal plus all interest accrued from the account at Bank of America. The Clerk is further ordered to deduct a registry fee as a percentage of interest earned on the investment, not to exceed ten percent (10%), and disburse all remaining funds and interest to Robert D. Candage.

The address and tax identification number of the recipient has been provided to the Court.

  November 30, 2010                                                   s/ *David D. Dowd, Jr.*
Date                                                                      David D. Dowd, Jr.
                                                                               U.S. District Judge